Estado Libre Asociado de Puerto Rico
**TRIBUNAL DE APELACIONES**
**PANEL VIII**

| El Pueblo de Puerto Rico<br><br>Recurrido<br><br>vs.<br><br>Reynaldo Molina Borrero<br><br>Peticionario | KLCE202301463 | ***CERTIORARI***<br>procedente del Tribunal de Primera Instancia, Sala Superior de Aguadilla<br><br>Civil Núm.:<br>A IS2022G0005 (502)<br><br>Sobre: A133/Actos Lascivos |
| --- | --- | --- |

Panel integrado por su presidente, el Juez Rivera Colón, el Juez Monge Gómez y el Juez Cruz Hiraldo.

Juez Rivera Colón, Juez Ponente

**SENTENCIA**

En San Juan, Puerto Rico, a 19 de enero de 2024.

Comparece ante nos, el señor Reynaldo Molina Borrero (Sr. Molina Borrero o parte peticionaria), quien presenta recurso de *Certiorari* en el que solicita la revocación de la pena impuesta por el Tribunal de Primera Instancia, Sala Superior de Aguadilla. **Por existir una duplicidad de recursos**, **desestimamos el presente caso**.

Examinada la solicitud de autos, la totalidad del expediente y el estado de derecho aplicable ante nuestra consideración, desestimamos el recurso mediante los fundamentos que expondremos a continuación.

**I.**

El 27 de diciembre de 2023, el Sr. Molina Borrero presentó una petición de *certiorari* ante la secretaría de este Tribunal de Apelaciones. En esencia, alega en su escrito que no existía prueba suficiente para juzgarlo, toda vez que se le encontró culpable por la

Número Identificador

SEN2024 _____

comisión de un delito, aun cuando no se desfiló evidencia científica para ello.

Los argumentos expuestos por el peticionario son idénticos a los esbozados en su recurso KLCE202301293, presentado ante este foro apelativo el 17 de noviembre de 2023.

**II.**

Uno de los principios rectores de nuestro ordenamiento jurídico es el manejo eficiente de los procedimientos civiles, con el propósito de garantizar su justa, rápida y económica solución. Véase, Regla 1 de Procedimiento Civil, 32 LPRA Ap. V, R. 1. La duplicidad de recursos atenta contra este principio, lacerando la economía procesal y promoviendo el movimiento innecesario de los procedimientos judiciales.

**III.**

Según anticipamos, el escrito de epígrafe presenta los mismos argumentos esbozados por el Sr. Molina Borrero en el recurso KLCE202301293. Incluso, se recurre de la misma determinación. Por lo que, en el caso KLCE202301293 ya se están atendiendo los reclamos planteados por el peticionario. De un examen de ambos recursos, resulta evidente que son idénticos y, por consiguiente, redundante la presentación de este recurso. Con el fin de garantizar la economía procesal, desestimamos el recurso que nos ocupa.

**IV.**

Por los fundamentos antes expuestos, desestimamos por duplicidad el auto de *certiorari* presentado por el señor Reynaldo Molina Borrero.

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones